**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JACOB REINKRAUT, STEVE SMITH, MATTHEW CHAPMAN, SARI MEDINA, JOSEPH MAGEE, JT WILLCUTT, ROBERT ZAUGG, ROBERT SECCO, JOHN and LAURA KOTOS, MAURICE WILSON, KEVIN MORRIS, JAMES MURRAY and ANTHONY SOLIMANDO on behalf of themselves and the Putative Class,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC, a Delaware Limited Liability Company,<br><br>Defendant. | Civil Action No. 23-02792<br><br>**ORDER**<br><br>September 5, 2024 |

**SEMPER**, District Judge.

**THIS MATTER** is before the Court on Defendant FCA US LLC's ("Defendant" or "FCA") motion to dismiss Plaintiffs' Second Amended Complaint (ECF 27, "SAC") pursuant to Federal Rule of Civil Procedure 9(b), 12(b)(1), and 12(b)(6). (ECF 30.) The Court reviewed the Plaintiffs' SAC and the parties' submissions and decided the motion without oral argument pursuant to Federal Rule of Civil Procedure 78 and Local Civil Rule 78.1. For the reasons set forth in this Court's September 5, 2024 opinion,

**IT IS** on this 5th day of September 2024,

**ORDERED** that Defendant's motion to dismiss is **GRANTED in part** and **DENIED in part**; and it is further

**ORDERED** that Counts 1, 6, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, and 21 are **DISMISSED without prejudice**; and it is further

**ORDERED** that with respect to Counts 2, 3, 4, 5, 7, and 8, the motion to dismiss is **DENIED**; and it is further

**ORDERED** that Plaintiffs will have 45 days to file an amended complaint that cures the deficiencies noted in the Court's September 5, 2024 opinion; and it is further

**ORDERED** that if Plaintiffs file an amended complaint, they comply with Local Civil Rule 15.1 and file: "(1) a copy of the amended pleading, complete with a handwritten or electronic signature; and (2) a form of the amended pleading that shall indicate in what respect(s) it differs from the pleading that it amends, by bracketing or striking through materials to be deleted and underlining materials to be added."

**SO ORDERED.**

*/s/ Jamel K. Semper*
**HON. JAMEL K. SEMPER**
**United States District Judge**

Orig: Clerk
cc: Cathy L. Waldor, U.S.M.J.