**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JACOB REINKRAUT, MATTHEW CHAPMAN, SARI MEDINA, JT WILLCUTT, ROBERT ZAUGG, ROBERT SECCO, JOHN and LAURA KOTOS, MAURICE WILSON, KEVIN MORRIS, and ANTHONY SOLIMANDO on behalf of themselves and the Putative Class,<br>*Plaintiffs*,<br>v.<br>FCA US LLC, a Delaware Limited Liability Company,<br>*Defendant*. | Civil Action No. 23-02792<br>**ORDER**<br>June 30, 2025 |

**SEMPER**, District Judge.

This matter having come before the Court on Defendant FCA US LLC's ("FCA") Motion to Dismiss (ECF 61, "Motion" or "Mot.") Plaintiffs Jacob Reinkraut, Matthew Chapman, JT Willcutt, Robert Zaugg, Robert Secco, John and Laura Kotos, Maurice Wilson, Kevin Morris, and Anthony Solimando's Third Amended Complaint (ECF 56, "TAC"), and the Court having considered the submissions of Plaintiff, for the reasons stated in this Court's Opinion dated June 30, 2025,

**IT IS** on this 30th day of June 2025,

1. **ORDERED** that Defendant's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) is **GRANTED** as to Counts 1, 6, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, and 20 of the Complaint, and **DENIED** as to Counts 2, 3, 4, 5, 7, and 8. Counts 1, 6, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, and 20 are hereby dismissed with prejudice.

2. **ORDERED** that Defendant's Motion to Dismiss is **GRANTED** insofar as it seeks to

prohibit Plaintiffs from asserting claims class on behalf of a nationwide class, and **DENIED** insofar as it seeks to prohibit Plaintiffs from asserting claims on behalf of purchasers of the Class Vehicles.

3. **ORDERED** that the parties are directed to begin discovery under the supervision of Magistrate Judge Waldor.

*/s/ Jamel K. Semper*
**HON. JAMEL K. SEMPER**
**United States District Judge**

Orig: Clerk
cc: Cathy L. Waldor, U.S.M.J.
Parties